IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hughes, Janice | Case Number: 04 B 31165 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/23/08 | Filed: 8/23/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: July 16, 2008
Confirmed: November 4, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 43,077.00 |  |
| Secured: |  | 35,665.76 |
| Unsecured: |  | 3,978.89 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,194.00 |
| Trustee Fee: |  | 2,213.49 |
| Other Funds: |  | 24.86 |
| Totals: | 43,077.00 | 43,077.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas M Britt PC | Administrative | 1,194.00 | 1,194.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | R & R Country Motors | Secured | 0.00 | 0.00 |
| 5. | GMAC Mortgage Corporation | Secured | 16,135.85 | 8,689.02 |
| 6. | Wells Fargo Fin Acceptance | Secured | 26,976.74 | 26,976.74 |
| 7. | Wells Fargo Fin Acceptance | Unsecured | 2,820.90 | 2,325.71 |
| 8. | World Financial Network Nat'l | Unsecured | 260.31 | 214.61 |
| 9. | Resurgent Capital Services | Unsecured | 1,639.26 | 1,351.48 |
| 10. | Nuvell Financial Services | Unsecured | 95.93 | 69.75 |
| 11. | Monterey Financial Services | Unsecured | 38.22 | 17.34 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 13. | Illinois State Tollway | Unsecured |  | No Claim Filed |
| 14. | Spiegel | Unsecured |  | No Claim Filed |
| | | | $ 49,161.21 | $ 40,838.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 478.82 |
| 4% | 150.84 |
| 3% | 113.13 |
| 5.5% | 622.21 |
| 5% | 188.55 |
| 4.8% | 362.01 |
| 5.4% | 297.93 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hughes, Janice | Case Number:  04 B 31165 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/23/08 | Filed:  8/23/04 |

_____
$ 2,213.49

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____